PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Rolando Rodriguez  Cr.: 15-00594-001
                                      PACTS #: 59836

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       (TRANSFER OF JURISDICTION FROM DISTRICT OF KANSAS)

Date of Original Sentence: 03/01/2011

Original Offense: Controlled Substance- Possession with Intent to Distribute, 21 U.S.C. § 841B

Original Sentence: 60 months imprisonment, 48 months supervised release

Special Conditions: DNA testing, Special Assessment, Alcohol Restrictions, Substance Abuse Testing

Type of Supervision: Supervised Release       Date Supervision Commenced: 03/06/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
|   | On April 12, 2016, the offender was arrested by the Port Authority of New York and New Jersey for driving with a suspended license. He was issued a $163 fine, which was paid in full. His license was suspended pursuant to old traffic violations. |
| 2 | The offender has violated the supervision condition which states **'You shall not leave the judicial district without permission of the court or probation officer.'** |
|   | On April 12, 2016, the offender was arrested in New York City by the Port Authority of New York and New Jersey and did not have permission to leave the district. |

U.S. Probation Officer Action:

The offender satisfied his fine in full and is working to restore his driving privileges in New York. He was verbally reprimanded for traveling to New York without permission, and was reminded of the travel restrictions imposed by the Court. Our office will continue to closely monitor the offender and will immediately notify the Court of any additional instances of noncompliance.

Prob 12A – page 2
Rolando Rodriguez

Respectfully submitted,
By: Ivettelis Perez
U.S. Probation Officer

*Maureen Kelly* Maureen Kelly
2016.06.03 12:32:26
-04'00'

Date: 06/03/2016

---

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other:

_____
Signature of Judicial Officer

_____
Date