PROB 12B
(4/17)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rolando Rodriguez                    Cr.: 15-00594-001
                                                       PACTS #: 59836

Name of Sentencing Judicial Officer:    **HONORABLE WESLEY E. BROWN**
                                        **SENIOR UNITED STATES DISTRICT COURT JUDGE**
                                        **DISTRICT OF KANSAS**

Name of Newly Assigned Judicial Officer: **HONORABLE WILLIAM H. WALLS**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**
                                         (Jurisdiction Transferred November 17, 2015)

Date of Original Sentence: 03/01/2011

Original Offense:   Possession with Intent to Distribute Cocaine

Original Sentence: 60 months imprisonment, 48 months supervised release

Special Conditions: DNA testing, Alcohol Restrictions, Substance Abuse Testing, Compliance with Child Support Payments, $100 Special Assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/06/2015

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

*SEARCH AND SEIZURE*

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

## CAUSE

The offender has requested to have his case transferred to the District of Nevada for his remaining five months of supervision. Their office has requested that we add the condition to the offender's term of supervision for them to accept the transfer.

Respectfully submitted,
*Michelle A. Siedzik*
By: Michelle A. Siedzik
U.S. Probation Officer
Date: 11/06/2018

THE COURT ORDERS:

[x] The Modification of Conditions as Noted Above (as recommended by the Probation Office)

[ ] The Extension of Supervision as Noted Above

[ ] No Action

[ ] Other

_____
Signature of Judicial Officer

14 November 2018
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of New Jersey

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

<u>Search and Seizure</u> – **You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.**

**The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

Witness _____  Signed _____
U.S. Probation Officer                Probationer or Supervised Releasee

11/07/2018
Date